# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   June 25, 2013                                    Time in Court: 14 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Vincent v. Countrywide et al
**CASE NUMBER**:  5:13-cv-01569-HRL
Plaintiff Attorney present: Sherry Vincent in pro se
Defendant Attorney present: Shaudee Navid

---

**PROCEEDINGS: Defendant's Motion to Dismiss**


Hearing held.   Motion is granted with leave to amend within 30 days.

Parties are referred to the court's ADR unit.

Court to issue written order.