1

*E-FILED: July 12, 2013*

2

3

4

5

NOT FOR CITATION

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

SAN JOSE DIVISION

9

SHERRY MELINDA VINCENT,                    No. C13-01569 HRL

10

              Plaintiff,          **ORDER VACATING CASE**
**MANAGEMENT CONFERENCE AND**

11

    v.                                              **CLARIFYING DEADLINE FOR**
**PLAINTIFF TO FILE AN AMENDED**

12

COUNTRYWIDE dba BANK OF                    **COMPLAINT**
AMERICA, ET AL,

13

              Defendants.

_____/

14

      In light of defendants' pending motion to dismiss, the Case Management Conference,

15

previously set for July 16, 2013, is VACATED.  The Court will reset the Case Management

16

Conference, as necessary, after it rules on defendants' motion to dismiss.

17

      Further, as stated in this Court's Order Referring Case to ADR Unit for Assessment

18

Telephone Conference (Dkt. 17), at the June 25, 2013 hearing on defendants' motion to dismiss, the

19

Court indicated an intention to grant defendants' motion with leave to amend.  An order on

20

defendant's motion will issue shortly, and plaintiff's amended complaint will be due 30 days from

21

the date of that order.  Defendants have filed a "Notice of Entry of Order Re Motion To Dismiss

22

Plaintiff's Complaint," and a Case Management Statement that erroneously state that the Court has

23

already granted its motion to dismiss and set a deadline of July 25, 2013 for plaintiff to file her

24

amended complaint.  The Court has not yet issued its order.  Plaintiff's amended complaint will be

25

due 30 days after the Court does.

26

      Finally, for the second time, counsel for defendants is directed to comply with Civil Local

27

Rule 5-1(E)(7), which requires parties to provide for chambers a paper copy of each document that

28

is electronically filed.  Counsel neglected to provide courtesy copies of its unorthodox "Notice of

**United States District Court**
For the Northern District of California

Entry of Order Re Motion to Dismiss Plaintiff's Complaint," and its Case Management Statement. Pursuant to the Court's request at the hearing on defendants' motion to dismiss, the Court has now received copies of all submissions made in support of that motion.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **C 13-01569 HRL Notice will be mailed to:**

2    Sherry Melinda Vincent
      1385 Whitehurst Court
3    San Jose, CA 95125

4    **C 13-01569 HRL Notice will be electronically mailed to:**

5    Shaudee Navid snavid@reedsmith.com

6    **Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28