*E-FILED: July 12, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERRY MELINDA VINCENT,<br><br>      Plaintiff,<br>  v.<br><br>COUNTRYWIDE dba BANK OF AMERICA, ET AL,<br><br>      Defendants.<br>_____/ | No. C13-01569 HRL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CLARIFYING DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

In light of defendants' pending motion to dismiss, the Case Management Conference, previously set for July 16, 2013, is VACATED. The Court will reset the Case Management Conference, as necessary, after it rules on defendants' motion to dismiss.

Further, as stated in this Court's Order Referring Case to ADR Unit for Assessment Telephone Conference (Dkt. 17), at the June 25, 2013 hearing on defendants' motion to dismiss, the Court indicated an intention to grant defendants' motion with leave to amend. An order on defendant's motion will issue shortly, and plaintiff's amended complaint will be due 30 days from the date of that order. Defendants have filed a "Notice of Entry of Order Re Motion To Dismiss Plaintiff's Complaint," and a Case Management Statement that erroneously state that the Court has already granted its motion to dismiss and set a deadline of July 25, 2013 for plaintiff to file her amended complaint. The Court has not yet issued its order. Plaintiff's amended complaint will be due 30 days after the Court does.

Finally, for the second time, counsel for defendants is directed to comply with Civil Local Rule 5-1(E)(7), which requires parties to provide for chambers a paper copy of each document that is electronically filed. Counsel neglected to provide courtesy copies of its unorthodox "Notice of

1  Entry of Order Re Motion to Dismiss Plaintiff's Complaint," and its Case Management Statement.
2  Pursuant to the Court's request at the hearing on defendants' motion to dismiss, the Court has now
3  received copies of all submissions made in support of that motion.

4  **IT IS SO ORDERED.**

5  Dated: July 12, 2013

7  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1 **C 13-01569 HRL Notice will be mailed to:**

2 Sherry Melinda Vincent
1385 Whitehurst Court
3 San Jose, CA 95125

4 **C 13-01569 HRL Notice will be electronically mailed to:**

5 Shaudee Navid snavid@reedsmith.com

6 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28